IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00097-M-BM

| | |
|---|---|
| JIMMY SAUNDERS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| THE CHEESECAKE FACTORY BAKERY INCORPORATED, | ) |
| Defendant. | ) |

This matter comes before the court on Defendant's Motion to Compel Arbitration [DE 8] and Plaintiff's Motion to Stay Pending Arbitration [DE 12]. Given the parties' agreement "to submit all of the claims in this lawsuit to arbitration pursuant to the Parties' arbitration agreement" (DE 12 at 1; DE 13), the court finds good cause to GRANT the motion to stay as follows. The Clerk of the Court shall administratively close this case until such time as a party (or, the parties) files a motion to re-open the case, if necessary and appropriate, to resolve any outstanding matters.

In light of this order, the motion to compel arbitration is DENIED AS MOOT.

SO ORDERED this 16th day of June, 2025.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE